# Court of Appeals
# of the State of Georgia

ATLANTA,   May 23, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1566. DARRELL BROWN v. THE STATE.**

This appeal represents the 15th time Darrell Brown has attempted to appeal his convictions. Brown was convicted of two counts of aggravated assault, three counts of aggravated battery, kidnapping with bodily injury, and possession of a knife during the commission of a felony. Brown's convictions were affirmed on appeal by this Court. *Brown v. State*, 275 Ga. App. 99 (619 SE2d 789) (2005). Thereafter he filed numerous motions for sentence reconsideration/modification, to correct an allegedly void judgment and sentence, for out-of-time appeal, as well as extraordinary motion for new trial, which the trial court denied. Brown attempted to appeal many of the court orders.[1] In the instant direct appeal, Brown seeks to challenge a trial court order denying his supplemental extraordinary motion for new trial. We lack jurisdiction.

As we have told Brown previously, orders denying extraordinary motions for new trial must be appealed by application for discretionary appeal. OCGA § 5-6-35 (a) (7); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997). Thus, we have no jurisdiction to consider a direct appeal on this matter. Accordingly, Brown's

---

[1] See Case Nos. A17D0317 (denied March 15, 2017); A16D0391 (dismissed June 17, 2016); A15D0174 (dismissed Dec. 23, 2014); A13A1835 (dismissed May 24, 2013); A13D0320 (dismissed May 2, 2013); A12D0204 (dismissed Jan. 27, 2012); A12A1501 (dismissed April 19, 2012); A11D0316 (denied April 15, 2011); A11A2153 (dismissed Aug. 11, 2011); A11A0497 (dismissed Dec. 10, 2010); A11A0371 (dismissed Nov. 9, 2010); A09D0065 (dismissed Oct. 21, 2008); A09A0386 (dismissed Feb. 19, 2009); A08D0216 (dismissed March 6, 2008).

appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  05/23/2017

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ , *Clerk.*